FILED 8 JUN '17 13:48USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR-208 JO |
| v. | **INDICTMENT** |
| CHRISTIAN JENSEL CHAIDEZ, VIVIANA VALADEZ-RAMOS, and TEODORO DURAN III, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 846, and 853 |
| Defendants. | Forfeiture Allegation |
| | **UNDER SEAL** |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Conspiracy to Distribute or Possess with Intent to Distribute Heroin)
### (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)

Beginning at a time unknown and continuing up to and including April 12, 2017, in the District of Oregon, **CHRISTIAN JENSEL CHAIDEZ, VIVIANA VALADEZ-RAMOS,** and **TEODORO DURAN III**, defendants herein, did knowingly and willfully combine, conspire,

confederate and agree together, with each other, and with other persons known and unknown to the grand jury, to possess with the intent to distribute and to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A); all in violation of Title 21, United States Code, Section 846.

### COUNT 2
### (Possession with the Intent to Distribute Methamphetamine)
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about November 17, 2016, in the District of Oregon, **CHRISTIAN JENSEL CHAIDEZ**, defendant herein, did knowingly and intentionally possess with the intent to distribute fifty grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 3
### (Possession with the Intent to Distribute Methamphetamine)
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about December 9, 2016, in the District of Oregon, **CHRISTIAN JENSEL CHAIDEZ**, defendant herein, did knowingly and intentionally possess with the intent to distribute fifty grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

### COUNT 4
### (Possession with the Intent to Distribute Heroin)
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

Beginning at a time unknown and continuing up to and including April 12, 2017, in the District of Oregon, **VIVIANA VALADEZ-RAMOS**, defendant herein, did knowingly and intentionally possess with the intent to distribute 1 kilogram or more of a mixture or substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of any of the controlled substance offenses alleged in Counts 1-4 of this Indictment, **CHRISTIAN JENSEL CHAIDEZ, VIVIANA VALADEZ-RAMOS,** and **TEODORO DURAN III**; defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to the following:

A money judgment for a sum of money equal to the amount of property representing the amount of proceeds obtained as a result of the controlled substances distributed as alleged in Counts 1-4, for which the defendants are jointly and severally liable.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

       (1)    cannot be located upon the exercise of due diligence;

       (2)    has been transferred or sold to, or deposited with, a third person;

       (3)    has been placed beyond the jurisdiction of the Court;

       (4)    has been substantially diminished in value; or

       (5)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated this 5th day of June 2017.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney