ORIGINAL

# UNITED STATES DISTRICT COURT

for the

District of Oregon

FILED10 AUG '17 12:58usdc-oRe **SEALED**

U.S. MARSHALS SERVICE
JUN 9 '17 2:15PM

United States of America

v.

CHRISTIAN JENSEL CHAIDEZ, et al

*Defendant*

)
)
)
)
)
)
)

Case No.  3:17-cr-00208-BR-01

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Christian Jensel Chaidez                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute or Possess with Intent to Distribute Heroin
Possession with the Intent to Distribute Methamphetamine

Date: __06/09/2017__

_s/Sutawnee Sellers_
*Issuing officer's signature*

City and State: __Portland, OR__

**Sutawnee Sellers, Deputy Clerk**
*Printed name and title*

### Return

This warrant was received on *(date)* _____ 6/15/17 _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ DATE _____

ARRESTED BY USMS

Date: _____

U.S. MARSHAL
*Arresting officer's signature*

_____
*Printed name and title*