Susan A. Russell, OSB #894518
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon  97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Susan_Russell@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHRISTIAN JENSEL CHAIDEZ,<br><br>                    Defendant. | Case No. 3:17-cr-00208-JO-1<br><br>SENTENCING MEMORANDUM |

For the reasons set forth in the Confidential Supplement to PSR filed under seal, defendant Christian Chaidez, by and through counsel, Susan Russell, requests that the Court impose a sentence of 120 months prison to be followed by a period of supervised release.

RESPECTFULLY submitted this 22nd day of August, 2018.

                                                     /s/ *Susan A. Russell*
                                                     Susan A. Russell
                                                     Assistant Federal Public Defender